IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

ROBERT LEWIS JOHNSON             §

VS.                              §    CIVIL ACTION NO. 5:06cv249

DIRECTOR, TDCJ-CID               §

<u>MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION</u>

Petitioner Robert Lewis Johnson, proceeding *pro se*, filed the above-styled petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.  The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge concerning the petition.  The magistrate judge recommends the petition be dismissed without prejudice.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings and all available evidence.  No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

<u>O R D E R</u>

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate

1

judge is **ADOPTED**.  A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

    **SIGNED this 2nd day of August, 2007.**

                                                  DAVID FOLSOM
                                                  UNITED STATES DISTRICT JUDGE